UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| THELEN LLP, | : | Case No. 09-15631 (ALG) |
| Debtor. | : | |
| YANN GERON, as Chapter 7 Trustee of the Estate of Thelen LLP, | : | |
| Plaintiff, | : | Adv. Pro. No. 11-02620 (ALG) |
| - against - | : | |
| HSR ENGINEERING CONTRACTORS, INC., | : | |
| Defendant. | : | |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

Teresa Sadutto-Carley, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Jersey City, New Jersey.

2. On September 19, 2011, I served a copy of the **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING AND COMPLAINT** *via U.S. Mail*, in properly addressed envelopes, and deposited same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the following parties:

HSR Engineering Contractors, Inc.
440 N. 1st Street, Suite 130
San Jose, CA 95112-4024
Attn: Keith Dorsa, President or
or Officer, Registered Agent or Legal Dept.

1

/s/ Teresa Sadutto-Carley
Teresa Sadutto-Carley

Sworn to before me this
22nd day of September, 2011

/s/ Gwyneth Webster
Notary Public, State of New York
No. 01WE62116395
Qualified in Kings County
Commission Expires January 11, 2014